1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY DUN,

11            Petitioner,                    No. CIV S-05-2092 DFL GGH P

12       vs.

13   ROSEANNE CAMPBELL, Warden,              ORDER &

14            Respondent.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16            Petitioner, proceeding with appointed counsel, has moved for a stay and abeyance

17   of a first amended petition, lodged on February 21, 2006.  Petitioner was charged with offenses

18   against two victims and was convicted of first degree murder, first degree robbery, and rape in

19   March 1977 in San Joaquin County Superior Court.  Amended Petition (AP), p. 1.  Petitioner

20   was ultimately sentenced (after an appeal and remand) to an indeterminate life term on the

21   murder count with sentences on the rape and robbery counts stayed pending completion of the

22   murder sentence in February, 1981.  AP, p.2.

23            In the original petition, filed on October 19, 2005, petitioner challenges his March

24   2002 parole suitability hearing (his 11th parole hearing), for which counsel avers petitioner's state

25   court remedies have been exhausted.  Petition, p. 5.  Petitioner, however, in the amended

26   petition, seeks to incorporate his challenge to the denial of parole at his October 19, 2005

1

suitability hearing, which denial occurred the same day as petitioner filed his original petition. Stay Request, p. 3.  The claims as to the October 2005 hearing are as yet unexhausted.  Petitioner avers that the records of both the 2002 and 2005 hearings demonstrate that the decisionmaking process at both hearings are interrelated.  Respondent does not oppose a stay and abeyance for the purpose of exhausting remedies as to the challenges to the 2005 hearing, according to petitioner.  Stay Request, p. 1.

As respondent posits no objection to incorporating the challenges to the two parole denials or to a stay and abeyance of this matter and no question of good cause appears to be implicated as to not yet having exhausted with respect to the 2005 parole suitability hearing, the court will recommend that the matter be stayed pending exhaustion of the claims as to the 2005 denial.  See Rhines v. Weber, 544 U.S. 269, 125 S. Ct. 1528 (2005).  However, petitioner should be required to notify the court within thirty days of a decision by the state supreme court as to the claims at issue so that the stay may be lifted and this matter proceed.

Accordingly, IT IS ORDERED that Clerk of the Court enter the amended petition, lodged on February 21, 2006, into the court's docket as filed nunc pro tunc of February 21, 2006.

IT IS HEREBY RECOMMENDED that:

1.  Petitioner's unopposed motion for a stay and abeyance of the amended petition, filed February 21, 2006, be granted and this matter be stayed pending exhaustion of petitioner's claims with respect to the parole suitability hearing denial; and

2.  Petitioner be directed to file a notice to this court of exhaustion of his state court remedies as to his unexhausted claims within thirty days of the filing of the decision by the state supreme court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1    shall be served and filed within ten days after service of the objections.  The parties are advised

2    that failure to file objections within the specified time may waive the right to appeal the District

3    Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4    DATED: 4/20/06                              /s/ Gregory G. Hollows

5                                               _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
6    GGH:009
     dun2092.ofr

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26