IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DUN,

        Petitioner,                      No. CIV S-05-2092 DFL GGH P

    vs.

ROSEANNE CAMPBELL, Warden,

        Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed April 20, 2006, are adopted in full;

2. Petitioner's unopposed motion for a stay and abeyance of the amended petition, filed February 21, 2006, is granted, and this matter is stayed pending exhaustion of petitioner's claims with respect to the parole suitability hearing denial;

3. Petitioner is directed to file a notice to this court of exhaustion of his state court remedies as to his unexhausted claims within thirty days of the filing of the decision by the state supreme court; and

4. The Clerk of the Court is directed to administratively close this case.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge