DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
LARRY DUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUN, | NO. CIV S-05-02092 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| ROSANNE CAMPBELL, Warden et al., | |
| Respondents. | |

**GOOD CAUSE APPEARING**, petitioner is given to and including October 24, 2007, in which to file a Traverse.

Dated: 9/24/07                                     /s/ Gregory G. Hollows
                                                              United States Magistrate Judge

dun2092.po