IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DUN, | No. CIV S-05-2092-WBS-CHS P |
| Petitioner, | Crt. Of App. No. 09-17340 |
| vs. | <u>ORDER DENYING CERTIFICATE OF APPEALABILITY</u> |
| RICHARD SUBIA, et al., | |
| Respondents. | |
_____/

Petitioner Larry Dun has filed notice of appeal from this court's judgment of seeks a Certificate of Appealability from this court's Judgment of October 5, 2009. Appellate Commissioner Peter L. Shaw has ordered the matter remanded to this court for the limited purpose of granting or denying a certificate of appealability. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a

1

1 substantial showing of the denial of a constitutional right." 28
2 U.S.C. § 2253(c)(2).

3    This court is unable to identify any issue that
4 petitioner can demonstrate is "'debatable among jurists of
5 reason,'" could be resolved differently by a different
6 court, or is "'adequate to deserve encouragement to proceed
7 further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th
8 Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893
9 (1983)). For the reasons set forth in detail in the magistrate
10 judge's Findings and Recommendations, filed July 31, 2009, this
11 court finds that petitioner has not made a substantial showing of
12 the denial of a constitutional right.

13    IT IS THEREFORE ORDERED that a certificate of
14 appealability be, and the same hereby is, DENIED. The Clerk is
15 ordered to forward a copy of this order to the Clerk of the
16 United States Court of Appeals for the Ninth Circuit forthwith.
17 DATED: June 15, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE